

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00269-CR

| | | |
|---|---|---|
| Jarel T. Montez | § | From the 43rd District Court |
| | § | of Parker County (CR14-0763) |
| v. | § | April 6, 2017 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's judgment. The judgment is modified to delete the $1,500 fine and $500 in restitution. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
Justice Sue Walker